# U.S. District Court [LIVE]
# Western District of Texas (Austin)
# CIVIL DOCKET FOR CASE #: 1:25−cv−02001−DAE

Chavez v. All Axis Holdings, Inc.
Assigned to: Judge David A. Ezra
Demand: $5,000,000
Cause: 47:227 Restrictions of Use of Telephone Equipment

Date Filed: 12/07/2025
Jury Demand: Plaintiff
Nature of Suit: 485 Telephone Consumer Protection Act (TCPA)
Jurisdiction: Federal Question

**Plaintiff**

**Michael Chavez**
*individually and on behalf of all others similarly situated*

represented by

**Anthony I. Paronich**
Paronich Law, P.C.
350 Lincoln St., Suite 2400
Hingham, MA 02043
617−485−0018
Fax: 508−318−8100
Email: anthony@paronichlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Roman Perrong**
Perrong Law LLC
1669 Edgewood Road
Suite 218
Yardley, PA 19067
215−225−5529
Fax: 888−329−0305
Email: a@perronglaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**All Axis Holdings, Inc.**
*doing business as*
Dragonfly Heating and Cooling

represented by

**Alejandro G. Ruiz**
Payne & Fears lLP
4 Park Plaza
Suite 1100
Irvine, CA 92614
949−851−1100
Email: agr@paynefears.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Camilla Dudley**
Payne & Fears LLP
4 Park Plaza, Ste #1100
Irvine, CA 92614
949−851−1100
Email: cjd@paynefears.com
*ATTORNEY TO BE NOTICED*

**Jeffrey K. Brown**
Payne & Fears, LLP
4 Park Plaza, Suite 1100
Irvine, CA 92614
949.851.1100
Fax: 949.851.1212
Email: jkb@paynefears.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/07/2025 | Ï 1 | COMPLAINT ( Filing fee $ 405 receipt number ATXWDC−21065335), filed by Michael Chavez. (Attachments: # 1 Civil Cover Sheet)(Perrong, Andrew) (Entered: 12/07/2025) |
| 12/07/2025 | Ï 2 | REQUEST FOR ISSUANCE OF SUMMONS by Michael Chavez. (Perrong, Andrew) (Entered: 12/07/2025) |
| 12/08/2025 | Ï 3 | MOTION to Appear Pro Hac Vice by Anthony I. Paronich ( Filing fee $ 100 receipt number ATXWDC−21071036) by on behalf of Michael Chavez. (Paronich, Anthony) (Entered: 12/08/2025) |
| 12/08/2025 | Ï | Case assigned to Judge David A. Ezra. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (cr5) (Entered: 12/10/2025) |
| 12/08/2025 | Ï | If ordered by the court, all referrals and consents in this case will be assigned to Magistrate Judge Hightower. (cr5) (Entered: 12/10/2025) |
| 12/08/2025 | Ï | DEMAND for Trial by Jury by Michael Chavez. (cr5) (Entered: 12/10/2025) |
| 12/10/2025 | Ï 4 | Summons Issued as to All Axis Holdings, Inc.. (cr5) (Entered: 12/10/2025) |
| 12/23/2025 | Ï 5 | SUMMONS Returned Executed by Michael Chavez. All Axis Holdings, Inc. served on 12/10/2025, answer due 12/31/2025. (Perrong, Andrew) (Entered: 12/23/2025) |
| 12/30/2025 | Ï 6 | ORDER GRANTING 3 Motion for Anthony I. Paronich to Appear Pro Hac Vice for Michael Chavez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge David A. Ezra. (tgp) (Entered: 12/30/2025) |
| 12/31/2025 | Ï 7 | STIPULATION by All Axis Holdings, Inc.. (Attachments: # 1 Proposed Order)(Brown, Jeffrey) (Entered: 12/31/2025) |
| 12/31/2025 | Ï 8 | RULE 7 DISCLOSURE STATEMENT filed by All Axis Holdings, Inc.. (Brown, Jeffrey) (Entered: 12/31/2025) |
| 01/05/2026 | Ï | Text Order GRANTING 7 Stipulation. Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint is EXTENDED for a total of 14 days to January 14, 2025. Entered by Judge David A. Ezra. (This is a text−only entry generated by the court. There is no document associated with this entry.) (LDlc) (Entered: 01/05/2026) |
| 01/05/2026 | Ï | Set/Reset Deadlines: All Axis Holdings, Inc. answer due 1/14/2025. (cnr) (Entered: 01/07/2026) |
| 01/14/2026 | Ï 9 | MOTION to Appear Pro Hac Vice by Jeffrey K. Brown *for Alejandro G. Ruiz* ( Filing fee $ 100 receipt number ATXWDC−21220420) by on behalf of All Axis Holdings, Inc.. (Brown, Jeffrey) (Entered: 01/14/2026) |

| | | |
|---|---|---|
| 01/14/2026 | Ï 10 | MOTION to Appear Pro Hac Vice by Jeffrey K. Brown *for Camilla J. Dudley* ( Filing fee $ 100 receipt number ATXWDC−21220422) by on behalf of All Axis Holdings, Inc.. (Brown, Jeffrey) (Entered: 01/14/2026) |
| 01/14/2026 | Ï 11 | Opposed MOTION to Dismiss *Under F.R.C.P. 12(b)(2) & (b)(5)* by All Axis Holdings, Inc.. (Attachments: # 1 Proposed Order, # 2 Affidavit of Jeffrey K. Brown in Support of Motion to Dismiss, # 3 Exhibit 1 to Declaration of Jeffrey K. Brown, # 4 Exhibit 2 to Declaration of Jeffrey K. Brown, # 5 Exhibit 3 to Declaration of Jeffrey K. Brown, # 6 Affidavit of Sheldon Lane in Support of Motion to Dismiss, # 7 Exhibit 1 to Declaration of Sheldon Lane, # 8 Exhibit 2 to Declaration of Sheldon Lane, # 9 Affidavit of Barry Palmer in Support of Motion to Dismiss, # 10 Exhibit 1 to Declaration of Barry Palmer, # 11 Exhibit 2 to Declaration of Barry Palmer, # 12 Exhibit 3 to to Declaration of Barry Palmer)(Brown, Jeffrey) (Entered: 01/14/2026) |
| 01/14/2026 | Ï 12 | Opposed MOTION to Transfer Case *Under 28 U.S.C. Section 1404* by All Axis Holdings, Inc.. (Attachments: # 1 Proposed Order, # 2 Affidavit of Jeffrey K. Brown in Support of Motion to Transfer, # 3 Exhibit 1 to Declaration of Jeffrey K. Brown, # 4 Exhibit 2 to Declaration of Jeffrey K. Brown, # 5 Exhibit 3 to Declaration of Jeffrey K. Brown, # 6 Affidavit of Sheldon Lane in Support of Motion to Transfer, # 7 Exhibit 1 to Declaration of Sheldon Lane, # 8 Exhibit 2 to Declaration of Sheldon Lane, # 9 Affidavit of Barry Palmer in Support of Motion to Transfer, # 10 Exhibit 1 to Declaration of Barry Palmer, # 11 Exhibit 2 to Declaration of Barry Palmer, # 12 Exhibit 3 to to Declaration of Barry Palmer)(Brown, Jeffrey) (Entered: 01/14/2026) |
| 01/15/2026 | Ï | DEFICIENCY NOTICE: re 10 MOTION to Appear Pro Hac Vice by Jeffrey K. Brown *for Camilla J. Dudley* ( Filing fee $ 100 receipt number ATXWDC−21220422), 9 MOTION to Appear Pro Hac Vice by Jeffrey K. Brown *for Alejandro G. Ruiz* ( Filing fee $ 100 receipt number ATXWDC−21220420). **These motions are deficient. The certificate of service is not signed by the attorney seeking pro hac admissions. Please file amended certificate of service from the attorneys seeking pro hac vice admissions and link it back to the motion**. (cnr) (Entered: 01/15/2026) |
| 01/15/2026 | Ï 13 | CERTIFICATE OF SERVICE by All Axis Holdings, Inc. 9 MOTION to Appear Pro Hac Vice by Jeffrey K. Brown *for Alejandro G. Ruiz* ( Filing fee $ 100 receipt number ATXWDC−21220420) (Brown, Jeffrey) (Entered: 01/15/2026) |
| 01/15/2026 | Ï 14 | CERTIFICATE OF SERVICE by All Axis Holdings, Inc. 10 MOTION to Appear Pro Hac Vice by Jeffrey K. Brown *for Camilla J. Dudley* ( Filing fee $ 100 receipt number ATXWDC−21220422) (Brown, Jeffrey) (Entered: 01/15/2026) |
| 01/16/2026 | Ï 15 | ORDER GRANTING 9 Motion to Appear Pro Hac Vice for Attorney Alejandro G. Ruiz for All Axis Holdings, Inc.. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge David A. Ezra. (cnr) (Entered: 01/16/2026) |
| 01/16/2026 | Ï 16 | ORDER GRANTING 10 Motion to Appear Pro Hac Vice for Attorney Camilla J. Dudley for All Axis Holdings, Inc.. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge David A. Ezra. (cnr) (Entered: 01/16/2026) |
| 01/28/2026 | Ï 17 | Consent MOTION for Extension of Time to File Response/Reply as to 12 Opposed MOTION to Transfer Case *Under 28 U.S.C. Section 1404*, 11 Opposed MOTION to Dismiss *Under F.R.C.P. 12(b)(2) & (b)(5)* by Michael Chavez. (Attachments: # 1 Proposed Order)(Perrong, Andrew) (Entered: 01/28/2026) |
| 01/29/2026 | Ï | Text Order GRANTING 17 Unopposed Motion for Extension of Time to File Response/Reply. IT IS ORDERED that Plaintiff shall have an extension of time up to and including February 4, 2026, to |

| | | |
|---|---|---|
| | | file an opposition to Defendant's Motion to Dismiss 11 and Motion to Transfer 12 . Entered by Judge David A. Ezra. (This is a text−only entry generated by the court. There is no document associated with this entry.) (LDlc) (Entered: 01/29/2026) |
| 02/04/2026 | 18 | SUMMONS Returned Executed by Michael Chavez. All Axis Holdings, Inc. served on 2/2/2026, answer due 2/23/2026. (Perrong, Andrew) (Entered: 02/04/2026) |
| 02/04/2026 | 19 | Response in Opposition to Motion, filed by Michael Chavez, re 11 Opposed MOTION to Dismiss *Under F.R.C.P. 12(b)(2) & (b)(5)* filed by Defendant All Axis Holdings, Inc. (Attachments: # 1 Exhibit A − Declaration of Mr. Chavez, # 2 Proposed Order)(Perrong, Andrew) (Entered: 02/04/2026) |
| 02/04/2026 | 20 | Response in Opposition to Motion, filed by Michael Chavez, re 12 Opposed MOTION to Transfer Case *Under 28 U.S.C. Section 1404* filed by Defendant All Axis Holdings, Inc. (Attachments: # 1 Exhibit A − Declaration of Mr. Chavez, # 2 Proposed Order)(Perrong, Andrew) (Entered: 02/04/2026) |
| 02/11/2026 | 21 | REPLY to Response to Motion, filed by All Axis Holdings, Inc., re 11 Opposed MOTION to Dismiss *Under F.R.C.P. 12(b)(2) & (b)(5)* filed by Defendant All Axis Holdings, Inc. (Ruiz, Alejandro) (Entered: 02/11/2026) |
| 02/11/2026 | 22 | Miscellaneous Objection to 19 Response in Opposition to Motion, by All Axis Holdings, Inc.. (Attachments: # 1 Proposed Order)(Ruiz, Alejandro) (Entered: 02/11/2026) |
| 02/11/2026 | 23 | REPLY to Response to Motion, filed by All Axis Holdings, Inc., re 12 Opposed MOTION to Transfer Case *Under 28 U.S.C. Section 1404* filed by Defendant All Axis Holdings, Inc. (Ruiz, Alejandro) (Entered: 02/11/2026) |
| 02/11/2026 | 24 | Miscellaneous Objection to 20 Response in Opposition to Motion, by All Axis Holdings, Inc.. (Attachments: # 1 Proposed Order)(Ruiz, Alejandro) (Entered: 02/11/2026) |
| 07/29/2026 | 25 | ORDER GRANTING Defendant's 12 Motion to Transfer. It is therefore ORDERED that this case is TRANSFERRED to the Central District of California. The Clerk of Court is DIRECTED to hold the transfer for five business days from the date of this Order. Signed by Judge David A. Ezra. (cnr) (Entered: 07/29/2026) |