Alex N. Jilizian (SBN 362307)
alex@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (213) 866-5293
Facsimile: (508) 318-8100
Attorney for Plaintiff and Putative Class

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL CHAVEZ, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>ALL AXIS HOLDINGS, INC.<br><br>*Defendant.* | Case No. 5:26-cv-04639-SSS-ACCV<br><br>**PLAINTIFF'S STATUS REPORT REGARDING SERVICE OF PROCESS**<br><br>Judge: Hon. Sunshine S. Sykes |

**<u>STATUS REPORT REGARDING SERVICE OF PROCESS</u>**

Plaintiff Michael Chavez respectfully submits this status report to advise the Court of the status of service of the summons and complaint on Defendant All Axis Holdings, Inc. ("All Axis") following the Court's September 23, 2026 Order. (ECF No. 34.)

**1. The Court's Order**

The Court quashed Plaintiff's January 29, 2026 service because, although the

Affidavit of Service established that the summons and complaint were left at All Axis's office during usual office hours, the record contained no evidence, apart from an unsworn statement in Plaintiff's opposition, that a copy was thereafter mailed by first-class mail to All Axis's Riverside office as Cal. Civ. Proc. Code § 415.20(a) requires. (ECF No. 34 at 3–4.) All Axis did not deny that its office manager, Diane Halle, received the summons and complaint on January 29, 2026. (*Id.* at 3.) The Court directed Plaintiff to serve the summons and complaint by October 9, 2026. (*Id.* at 4.)

**2. Request for Waiver of Service**

On September 30, 2026, Plaintiff's counsel emailed All Axis's counsel of record at Payne & Fears LLP a request that All Axis waive service of the summons under Federal Rule of Civil Procedure 4(d). As of the date of this report, All Axis has not returned the waiver or otherwise responded to the request. Under Rule 4(d)(1)(F), a defendant must be given at least 30 days after the request is sent to return the waiver, a period that here extends through at least October 30, 2026.

**3. Attempted Personal Service**

Plaintiff has also continued to pursue personal service, securing a process server on October 1, 2026. On Wednesday, October 7, 2026, at 2:52 p.m., Plaintiff's process server, Ivan Gonzalez, attempted to serve All Axis at its business address, 1280 Palmyrita Ave., Suite D, Riverside, California 92507-1702. Mr. Gonzalez

observed that the business was closed at the time of the attempt, and no contact could be made.

**4. Continuing Efforts**

All Axis has appeared in this action through counsel and has had actual notice of it since at least January 2026, when it moved to dismiss and to transfer. (ECF Nos. 11, 12.) Plaintiff's counsel will follow up with All Axis's counsel regarding the status of the waiver request. Plaintiff will continue to attempt personal service on All Axis while that request remains pending and will promptly file the executed waiver or a proof of service upon receipt.

Dated: October 9, 2026

Respectfully submitted,

*<u>/s/ Alex N. Jilizian</u>*
Alex N. Jilizian (SBN 362307)
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (213) 866-5293
Facsimile: (508) 318-8100
alex@paronichlaw.com
*Attorney for Plaintiff and the Putative Class*

## LOCAL RULE 11-6.2 COMPLIANCE STATEMENT

The undersigned, counsel of record for Plaintiff, certifies that this status report contains 502 words, which complies with the word limit of L.R. 11-6.1.

October 9, 2026

*/s/ Alex N. Jilizian*
Alex N. Jilizian (SBN 362307)

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

October 9, 2026

*/s/ Alex N. Jilizian*
Alex N. Jilizian (SBN 362307)