# UNITED STATES DISTRICT COURT

for the
Western District of Texas

| | | |
|---|---|---|
| **MICHAEL CHAVEZ, individually and on behalf of all others similarly situated** | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:25-CV-02001-DAE |
| **ALL AXIS HOLDINGS, INC. d/b/a DRAGONFLY HEATING AND COOLING** | ) | |
| *Defendant* | ) | |

## RETURN OF SERVICE

I, Steven Escobar Menjivar, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on October 15, 2026, at 6:55 pm. I delivered these documents to ALL AXIS HOLDINGS, INC. d/b/a DRAGONFLY HEATING AND COOLING in Riverside County, CA on October 21, 2026 at 11:15 am at 1280 Palmyrita Ave, Ste D, Riverside, CA 92507-1702 by leaving the following documents with Berry Palmer who as Person in charge - refused to give title is authorized by appointment or by law to receive service of process for ALL AXIS HOLDINGS, INC. d/b/a DRAGONFLY HEATING AND COOLING.

SUMMONS IN A CIVIL ACTION
Race: White, Sex: Male, Est. Age: 45-54, Hair: Black, Glasses: N, Est. Weight: 240 lbs to 260 lbs, Est. Height: 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=34.0038255554,-117.3386392384
Photograph: See Exhibit 1

Total Cost: $95.00

My name is Steven Escobar Menjivar, I am 18 years of age or older, and my address is 13283 Edgewood Rd, Victorville, CA 92392-1240, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ *Steven Escobar Menjivar*

Steven Escobar Menjivar
+1 (760) 669-9567

Executed in

San Bernardino County,

CA on 10/21/2026.


Exhibit 1a)
D
DRAGONFLY
HEATING & COOLING
CALLDRAGONFLY.com
951-684-0880