Alex N. Jilizian (SBN 362307)
alex@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (213) 866-5293
Facsimile: (508) 318-8100
Attorney for Plaintiff and Putative Class

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL CHAVEZ, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>ALL AXIS HOLDINGS, INC.<br><br>*Defendant.* | Case No. 5:26-cv-04639-SSS-ACCV<br><br>**AFFIDAVIT OF ANDREW PERRONG REGARDING SERVICE BY MAIL**<br><br>Judge: Hon. Sunshine S. Sykes |

**AFFIDAVIT OF ANDREW PERRONG REGARDING SERVICE BY MAIL**

I, Andrew Perrong, declare as follows:

1. I am over eighteen years of age and am not a party to this action. I am an attorney with Perrong Law LLC, 1669 Edgewood Road, Suite 218, Yardley, Pennsylvania 19067. I make this affidavit based on my personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2. According to the Return of Service executed by Plaintiff's process

server, Steven Escobar Menjivar, on October 21, 2026, at 11:15 a.m., Mr. Escobar Menjivar served Defendant All Axis Holdings, Inc. ("All Axis") at its office, 1280 Palmyrita Ave., Suite D, Riverside, California 92507-1702, by leaving the service documents with "Berry Palmer," whom he identified as the person in charge. Barry Jason Palmer is All Axis's registered agent for service of process. (*See also* ECF No. 11-9, Decl. of Barry Palmer.)

3. Although the Return of Service reflects service on All Axis' registered agent, out of an abundance of caution, and to remove any question as to the sufficiency of service, including under California Code of Civil Procedure § 415.20(a), which the Court applied in its September 23, 2026 Order (ECF No. 34), on October 21, 2026, I mailed copies of the summons and complaint served on All Axis by first-class mail, postage prepaid, addressed as follows:

Barry Jason Palmer
Registered Agent for All Axis Holdings, Inc.
1280 Palmyrita Ave., Suite D
Riverside, CA 92507

Barry Jason Palmer
Registered Agent for All Axis Holdings, Inc.
20283 Westpoint Drive
Riverside, CA 92507

4. The first address above, 1280 Palmyrita Ave., Suite D, Riverside, California, is the address at which the summons and complaint were left on October 21, 2026. The second address, 20283 Westpoint Drive, Riverside, California, was

mailed as an additional precaution as that is an additional address on file with the Secretary of State.

5. I presented each mailing to the United States Postal Service and obtained a Certificate of Mailing (PS Form 3817) for each, which bears a USPS postmark dated October 21, 2026. True and correct copies of the Certificates of Mailing are reproduced below:



UNITED STATES POSTAL SERVICE®

Certificate Of Mailing

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: Perong Law LLC
1669 Edgewood Rd. #218
Yardley PA 19067

To: Barry Jason Palmer
Registered Agent for All Axis Holdings, Inc.
1280 Palmyrita Ave. Ste D
Riverside CA 92507

USPS SELLWOOD-MORELAND PORTLAND OR 97202
OCT 21 2026

Postmark Here

PS Form 3817, April 2007 PSN 7530-02-000-9065



UNITED STATES POSTAL SERVICE

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
PORTLAND, OR
97202
OCT 21, 26
AMOUNT
$2.45
S2324H502901-20


UNITED STATES POSTAL SERVICE®

Certificate Of Mailing

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: Perrong Law LLC
1669 Edgewood Rd #218
Yardley PA 19067

To: Barry Jason Palmer
Registered Agent for All Axis Holdings Inc
20283 West Point Dr.
Riverside CA 92507

USPS SELLWOOD-MORELAND STATION PORTLAND OR 97202 OCT 21 2026

Postmark Here

PS Form 3817, April 2007 PSN 7530-02-000-9065


UNITED STATES POSTAL SERVICE®

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
PORTLAND, OR
97202
OCT 21, 26
AMOUNT
$2.45
S2324H502901-20

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 21, 2026.

Andrew Perrong
PERRONG LAW LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067