UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-04639-SSS-ACCVx | Date | November 3, 2026 |
| Title | *Michael Chavez v. All Axis Holdings, Inc.* | | |

| | |
|---|---|
| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Irene Vazquez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER EXTENDING TIME TO SERVE SUMMONS AND COMPLAINT**

On September 23, 2026, the Court quashed the service of the summons and complaint on Defendant All Axis Holdings, Inc. [Dkt. No. 34 at 4]. The Court gave Plaintiff Michael Chavez another opportunity to effectuate service and ordered that he do so by October 9, 2026. [*Id.*].

On October 8, 2026, Plaintiff filed a status report explaining that he secured a process server on October 1, 2026. [Dkt. No. 35 at 2]. The process server attempted to serve All Axis on October 7, 2026, but was unsuccessful because the business was closed at the time and no contact could be made. [*Id.* at 3–4].

Although Plaintiff does not explicitly ask for additional time to effectuate service, the Court finds good cause exists to extend the time to do so. Fed. R. Civ. P. 4(m). Plaintiff must serve the summons and complaint on All Axis by November 27, 2026. Failure to do so may result in dismissal of this action for failure to prosecute and obey court orders. Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**